UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

       -against-                              :        07 Cr. 123 (CLB)(LMS)

ANTHONY BELLETTIERI,                         :

                              :

               Defendant.                   :
--------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated March 2, 2007, is

approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated:

          White Plains, New York
          March 6, 2007

                           Charles L. Brieant
                          United States District Judge